**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Anthony Sodono, III
Sari B. Placona
*Counsel to Toz-Bel, LLC, Debtor/*
*Debtor-in-Possession*

**Order Filed on March 6, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>JUROMA PROPERTIES, LLC,<br><br><br>Debtor. | Chapter 11<br><br>Case No. 16-17985 (VFP)<br><br>Jointly Administered |

### CONSENT ORDER RESOLVING RAMONA HINSON'S PROOF OF CLAIM

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 6, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This consent order (the "Consent Order") is entered into by and between Toz Bel, LLC ("Debtor" or "Toz Bel"), by and through its counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C. ("TD") (Anthony Sodono, III, Esq.), and Ramona Hinson ("Hinson"), by and through her counsel, Hack Piro O'Day Merklinger Wallace & McKenna (Patrick M. Sages, Esq.) (Toz Bel and Hinson are collectively referred to as the "Parties"). The Parties hereby stipulate and agree as follows:

**WHEREAS**, on March 22, 2016, Toz Bel filed a voluntary petition for relief pursuant to the provisions of Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*., in the United States Bankruptcy Court for the District of New Jersey at Case No. 16-15415 (VFP) (the "Bankruptcy Case"); and

**WHEREAS,** on March 22, 2016, Julio B. Maldonado and Rosa I. Chacon Molina ("Maldonado") filed a voluntary petition for relief pursuant to the provisions of Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*., in the United States Bankruptcy Court for the District of New Jersey at Case No. 16-15398 (VFP); and

**WHEREAS,** on April 26, 2016, Juroma Properties ("Juroma") filed a voluntary petition for relief pursuant to the provisions of Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*., in the United States Bankruptcy Court for the District of New Jersey at Case No. 16-17985 (VFP); and

**WHEREAS,** on July 15, 2016, the Court ordered the Bankruptcy Case to be jointly administered with the bankruptcy cases of Juroma and Maldonado under Case No. 16-17985 (the "Lead Case") (Docket No. 103).

**WHEREAS,** pre-petition, on February 4, 2014, Hinson obtained an Order for Judgment against Toz Bel, Juroma, and Maldonado in the Superior Court of New Jersey, Law Division,

Essex County bearing docket number L-9409-12 (the "Judgment"). The Judgment is in the amount of $336,765.50 and docketed as J-029327-14; and

**WHEREAS,** on May 19, 2016, Hinson filed a proof of claim in the Bankruptcy Case and in the Lead Case each for $336,765.50 (the "Claim"); and

**WHEREAS**, the Parties desire to resolve and remove the Judgment against Toz Bel and against certain property owned by Juroma and utilized by Toz Bel for business operations; such property is located at 14 Belmont Avenue, Belleville, New Jersey (the "Property"); and

**NOW, THEREFORE**, specifically relying on the foregoing recitals and in consideration of the mutual promises and covenants contained herein, the Parties hereby stipulate and agree as follows:

1.      The Judgment on the Property be and hereby is released pursuant to a Release of Real Property from Judgment attached as Exhibit "A."

2.      Hinson's Claim in the Bankruptcy Case by Debtor, Toz Bel, Case No. 16-15415 (VFP) is fixed and allowed for $23,555.97 as an allowed secured claim ("Secured Claim").

3.      Hinson's Claim in the Bankruptcy Case by Debtor, Toz Bel, Case No 16-15415 (VFP) is fixed and allowed for $313,209.53 as an allowed general unsecured claim ("Unsecured Claim'). The Unsecured Claim will be treated in the Debtor's, Toz Bel's plan of reorganization in accordance with other allowed general unsecured claims.

4.      Hinson's Secured Claim and Unsecured Claim shall be incorporated into Toz Bel's plan of reorganization.

5.      Hinson shall support and vote in favor of the Debtor, Toz Bel's plan of reorganization or liquidation.

6.      The above Agreement shall have no effect on Hinson's Claims in the Debtors,

Maldonado's Bankruptcy Case No. 16-15398(VFP), and Debtor, Juroma's Bankruptcy Case No.

16-17985 (VFP).

7.      The recitals and prefatory phrases and paragraphs set forth above are hereby

incorporated in full, and made a part of, this Consent Order.

8.      This Consent Order may be executed in duplicate original counterparts, each of

which shall constitute an original and all of which shall constitute a single memorandum.

Execution by a party of a signature page hereto shall constitute due execution and shall create a

valid, binding obligation of the party so signing, and it shall not be necessary or required that the

signatures of all parties appear on a single signature page hereto.  It shall not be necessary, in

making proof of the Consent Order, to produce or account for more than one (1) counterpart.

9.      A facsimile or PDF signature on this Consent Order shall be deemed to be an

original signature for all purposes.

10.      The Parties hereto shall execute and deliver such other and further documents and

perform such other and further acts as may be reasonable, necessary and/or customary in order to

consummate the transactions contemplated by this Consent Order.

The Parties below have executed and delivered this Consent Order as of the date written

below.

**WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THE WITHIN ORDER:**

**TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.**
*Attorneys for Toz Bel, LLC*


By:___/s/ Anthony Sodono, III_____          Dated: January 31, 2017
          ANTHONY SODONO, III


**HACK PIRO O'DAY MERKLINGER
WALLACE & MCKENNA**
*Attorneys for Ramona Hinson*


By:___/s/ Patrick M. Sages_____          Dated: January 31, 2017
          PATRICK M. SAGES

4853-1278-5985, v. 1

United States Bankruptcy Court
District of New Jersey

In re:
Juroma Properties, LLC
Toz-Bel, LLC
        Debtors

Case No. 16-17985-VFP
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2        Date Rcvd: Mar 06, 2017
                    Form ID: pdf903     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2017.
```
db          +Juroma Properties, LLC,   81 Manchester Place,   Newark, NJ 07104-1703
db          +Toz-Bel, LLC,   14 Belmont Avenue,   Belleville, NJ 07109-1014
aty         +Scura, Mealey, Wigfield & Heyer,   1599 Hamburg Turnpike,   Wayne, NJ 07470-4093
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Toz-Bel, LLC,   14 Belmont Avenue,   Belleville, NJ 07109-1014
intp*       +Toz-Bel, LLC,   14 Belmont Avenue,   Belleville, NJ 07109-1014
```
                                            TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2017 at the address(es) listed below:
```
          Adam D. Greenberg    on behalf of Creditor   PFS Financial 1, LLC agreenberg@hgllclaw.com,
           Aholmes@hgllclaw.com
          Anthony Sodono, III    on behalf of Debtor    Toz-Bel, LLC asodono@trenklawfirm.com
          Anthony Sodono, III    on behalf of Attorney   Trenk DiPasquale Della Fera & Sodono, P.C.
           asodono@trenklawfirm.com
          Anthony Sodono, III    on behalf of Attorney   Trenk DiPasquale Della Fera & Sodono, PC
           asodono@trenklawfirm.com
          Anthony Sodono, III    on behalf of Interested Party   Toz-Bel, LLC asodono@trenklawfirm.com
          Anthony Sodono, III    on behalf of Creditor   Toz-Bel, LLC asodono@trenklawfirm.com
          Cassandra C. Norgaard    on behalf of Creditor   Tozzo Belmont Inc. cnorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          David E. Sklar    on behalf of Debtor    Juroma Properties, LLC dsklar@scuramealey.com,
           ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Debtor    Juroma Properties, LLC dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
           nj_ecf_notices@buckleymadole.com
          John O'Boyle    on behalf of Creditor    Tozzo Belmont Inc. joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          John J. Scura, III    on behalf of Debtor    Juroma Properties, LLC jscura@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
           y.com
          John J. Scura, III    on behalf of Interested Party   Juroma Properties, LLC
           jscura@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
           y.com
          John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial mortonlaw.bcraig@verizon.net,
           donnal@mortoncraig.com;mhazlett@mortoncraig.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joseph M. Shapiro    on behalf of Debtor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Creditor Rosa I. Chacon Molina jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Creditor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Mar 06, 2017
                              Form ID: pdf903          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joseph M. Shapiro    on behalf of Joint Debtor Rosa I. Chacon Molina
           jshapiro@middlebrooksshapiro.com
          Karl J. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. knorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Melinda D. Middlebrooks    on behalf of Interested Party Rosa I. Chacon Molina
           middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks    on behalf of Debtor Julio B. Maldonado
           middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks    on behalf of Joint Debtor Rosa I. Chacon Molina
           middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks    on behalf of Interested Party Julio B. Maldonado
           middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
          Michael E. Blaine    on behalf of Creditor    Lakeview Loan Servicing LLC, by its servicing agent
           M&T Bank mblaine@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
          Sari Blair Placona    on behalf of Creditor    Toz-Bel, LLC splacona@trenklawfirm.com
          Sari Blair Placona    on behalf of Debtor    Toz-Bel, LLC splacona@trenklawfirm.com
          Steven P. Kelly    on behalf of Creditor    Nationstar Mortgage LLC skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 34