

Order Filed on May 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

   Juroma Properties, LLC,

                           Debtor,

Case No.:         16-17985

Chapter:              11

Hearing Date:  _____

Judge:          Vincent F. Papalia

## ORDER VACATING

<u>Order Resolving Motion To Vacate Stay and/or Motion to Dismiss with Conditions</u>

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 1, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court on its own motion finds that the:

Order Resolving Motion To Vacate Stay and/or Motion to Dismiss with Conditions

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____April 26. 2017_____, be and the same is hereby vacated.

*revised 2/25/14*