

**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
347 Mount Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
(973) 243-8600
Anthony Sodono, III
Sari B. Placona
*Counsel to Toz-Bel, LLC, d/b/a Rossy's Garden*
*Restaurant, Debtor and Debtor-in-Possession*

**Order Filed on May 1, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>JUROMA PROPERTIES, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-17985 (VFP)<br><br>Jointly Administered<br><br>**Hearing Date: April 18, 2017**<br>**Hearing Time: 10:00 a.m.** |

### ORDER EXPUNGING CLAIM NOS.
### 5, 6, and 7 FILED AGAINST JUROMA PROPERTIES, LLC

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: May 1, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**IT IS HEREBY ORDERED** as follows:

1. The Debtors' Motion pursuant to 11 U.S.C. § 502 and Fed.R. Bankr.P. 3007 for an order expunging claim Nos. 5, 6, and 7 filed against Juroma Properties, LLC, is hereby granted as set forth below;

2. Proof of Claim No. 5 of Toyota Motor Credit Corporation shall be and is hereby expunged in its entirety;

3. Proof of Claim No. 6 of Wells Fargo Bank, N.A., shall be and is hereby expunged in its entirety against Juroma Properties, LLC and Toz-Bel, LLC. Wells Fargo Bank, N.A. still has a valid claim against Julio Maldonado and Rosa I. Chacon Molina and the instant order has no impact on said claim; and

4. Proof of Claim No. 7 of US Bank, N.A., Custodian for PFS Financial 1, LLC, shall be and is hereby expunged in its entirety.

4824-5683-5399, v. 1