**TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.**
347 Mount Pleasant Avenue, Suite 300
West Orange, New Jersey 07052
(973) 243-8600
Anthony Sodono, III
Sari B. Placona
*Counsel to Toz-Bel, LLC, d/b/a Rossy's Garden
Restaurant, Debtor and Debtor-in-Possession*

Order Filed on May 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>JUROMA PROPERTIES, LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-17985 (VFP)<br><br>Jointly Administered<br><br>**Hearing Date: April 18, 2017**<br>**Hearing Time: 10:00 a.m.** |

### ORDER EXPUNGING CLAIM NOS.
### 5, 6, and 7 FILED AGAINST JUROMA PROPERTIES, LLC

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: May 1, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**IT IS HEREBY ORDERED** as follows:

1. The Debtors' Motion pursuant to 11 U.S.C. § 502 and Fed.R. Bankr.P. 3007 for an order expunging claim Nos. 5, 6, and 7 filed against Juroma Properties, LLC, is hereby granted as set forth below;

2. Proof of Claim No. 5 of Toyota Motor Credit Corporation shall be and is hereby expunged in its entirety;

3. Proof of Claim No. 6 of Wells Fargo Bank, N.A., shall be and is hereby expunged in its entirety against Juroma Properties, LLC and Toz-Bel, LLC. Wells Fargo Bank, N.A. still has a valid claim against Julio Maldonado and Rosa I. Chacon Molina and the instant order has no impact on said claim; and

4. Proof of Claim No. 7 of US Bank, N.A., Custodian for PFS Financial 1, LLC, shall be and is hereby expunged in its entirety.

4824-5683-5399, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-17985-VFP
Juroma Properties, LLC                                                Chapter 11
Toz-Bel, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: May 01, 2017
                              Form ID: pdf903          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
db         +Juroma Properties, LLC,    81 Manchester Place,    Newark, NJ 07104-1703
db         +Toz-Bel, LLC,   14 Belmont Avenue,    Belleville, NJ 07109-1014
aty        +Scura, Mealey, Wigfield & Heyer,   1599 Hamburg Turnpike,    Wayne, NJ 07470-4093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Toz-Bel, LLC,   14 Belmont Avenue,    Belleville, NJ 07109-1014
intp*      +Toz-Bel, LLC,   14 Belmont Avenue,    Belleville, NJ 07109-1014
                                                                                       TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllaw.com,
               Aholmes@hgllaw.com
              Anthony  Sodono, III    on behalf of Debtor    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony  Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, P.C.
               asodono@trenklawfirm.com
              Anthony  Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, PC
               asodono@trenklawfirm.com
              Anthony  Sodono, III    on behalf of Interested Party    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony  Sodono, III    on behalf of Creditor    Toz-Bel, LLC asodono@trenklawfirm.com
              Cassandra C. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              David E. Sklar    on behalf of Debtor    Juroma Properties, LLC dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor    Juroma Properties, LLC dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, NA james.shay@phelanhallinan.com
              John  O'Boyle    on behalf of Creditor    Tozzo Belmont Inc. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John  O'Boyle    on behalf of Attorney    Norgaard O'Boyle joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John J. Scura, III    on behalf of Debtor    Juroma Properties, LLC jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com
              John J. Scura, III    on behalf of Interested Party    Juroma Properties, LLC
               jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com
              John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial mortonlaw.bcraig@verizon.net,
               tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortonlaw.bcraig@verizon.net,    tfitz@mortoncraig.com;mhazlett@mortoncraig.com

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: May 01, 2017
                              Form ID: pdf903          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Joseph M. Shapiro    on behalf of Debtor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Creditor Rosa I. Chacon Molina jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Creditor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Joint Debtor Rosa I. Chacon Molina
           jshapiro@middlebrooksshapiro.com
          Karl J. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. knorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Melinda D. Middlebrooks     on behalf of Interested Party Rosa I. Chacon Molina
           middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks     on behalf of Debtor Julio B. Maldonado
           middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks     on behalf of Joint Debtor Rosa I. Chacon Molina
           middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks     on behalf of Interested Party Julio B. Maldonado
           middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
          Michael E. Blaine    on behalf of Creditor    LakeView Loan Servicing, LLC
           mblaine@schillerknapp.com,   tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com
          Michael E. Blaine    on behalf of Creditor    Lakeview Loan Servicing LLC, by its servicing agent
           M&T Bank mblaine@schillerknapp.com,   tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com
          Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
          Sari Blair Placona    on behalf of Creditor    Toz-Bel, LLC splacona@trenklawfirm.com
          Sari Blair Placona    on behalf of Debtor    Toz-Bel, LLC splacona@trenklawfirm.com
          Steven P. Kelly    on behalf of Creditor    Nationstar Mortgage LLC skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 37
```