UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on June 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Juroma Properties, LLC   &

Toz-Bel, LLC

Case No.:    16-17985 & 16-15415

Chapter:    11 (Small Business)

Judge:    Vincent F. Papalia

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 9, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having been opened to the Court by  Juroma Properties, LLC, and Toz-Bel, LLC , Plan Proponent , through counsel,  David Stevens , upon the filing of a Small Business Plan and Small Business Disclosure Statement dated  May 17, 2017  under Chapter 11 of the United States Bankruptcy Code; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated  May 17, 2017  and filed by the Debtor is conditionally approved.

B. Within two (2) days after the entry of this Order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

C.  July 20, 2017  is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D.  July 20, 2017  is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-2.

E. A hearing shall be held on  July 27, 2017  at  11:00am  (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable  Vincent F. Papalia , United States Bankruptcy Court, District of New Jersey,  50 Walnut Street, Newark, NJ 07102 , in Courtroom  3B  .

*new.9/1/10*