Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−17985−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Juroma Properties, LLC                               Toz−Bel, LLC
   81 Manchester Place                                  14 Belmont Avenue
   Newark, NJ 07104                                     Belleville, NJ 07109

Social Security No.:

Employer's Tax I.D. No.:
   20−8303730                                           20−8303730

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

   An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by US Trustee.

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion dismiss case before the Honorable Vincent F. Papalia on:

Date:              July 11, 2017
Time:                 10:00 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: June 13, 2017
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-17985-VFP
Juroma Properties, LLC                                                  Chapter 11
Toz-Bel, LLC
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3          Date Rcvd: Jun 13, 2017
                              Form ID: 169             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2017.
```
db          +Juroma Properties, LLC,    81 Manchester Place,    Newark, NJ 07104-1703
db          +Toz-Bel, LLC,    14 Belmont Avenue,    Belleville, NJ 07109-1014
aty         +Norgaard O'Boyle,    184 Grand Avenue,    Englewood, NJ 07631-3578
aty         +Scura, Mealey, Wigfield & Heyer,    1599 Hamburg Turnpike,    Wayne, NJ 07470-4093
aty         +Trenk DiPasquale Della Fera & Sodono, P.C.,    347 Mt. Pleasant Avenue,    Suite 300,
              West Orange, NJ 07052-2730
none        +Dominick Tozzo,    318 Bloomfield Avenue,    Bloomfield, NJ 07003-4805
acc         +Jorge L Piney,    Jorge L. Piney Associates, P.C.,    400-44th Street,
              Union City, NJ 07087-5281
cr          +Julio B. Maldonado,    c/o Middlebrooks Shapiro, P.C.,    841 Mountain Avenue,    First Floor,
              Springfield, NJ 07081-3437
acc         +Matthew Schwartz,    100 Passaic Avenue,    Fairfield, NJ 07004-3520
cr          +PFS Financial 1, LLC,    7990 IH 10 West,    Suite 200,    San Antonio, TX 78230-4786
cr          +Rosa I. Chacon Molina,    c/o Middlebrooks Shapiro, P.C.,    841 Mountain Avenue,    First Floor,
              S, NJ 07081-3437
cr          +WELLS FARGO BANK, NA,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
516138843   +Anthony Sodono, III,    Trenk, DiPasquale, Della Fera & Sodono,
              347 Mt. Pleasant Ave. - Ste. 300,    West Orange, NJ 07052-2730
516194181   +Charles Rabolli, Jr.,    c/o Messino, Messino & Messino, LLC,
              79 N. Franklin Turnpike, Ste. 202,    Ramsey, NJ 07446-2029
516138844    Julio Maldonado,    18 Manchester Place,    Newark, NJ 07104
516138845   +Middlebrooks Shapiro, P.C.,    841 Mountain Ave. - 1st Fl.,    Springfield, NJ 07081-3437
516138846   +Norgaard O'Boyle,    Attn: Karl J. Norgaard, Esq.,    184 Grand Ave.,    Englewood, NJ 07631-3578
516138847   +Patrick M. Sages, Esq.,    Offices of Hack Piro,    30 Columbia Turnpike, 3rd Fl.,
              Florham Park, NJ 07932-2253
516189373   +Ramona Hinson,    c/o Patrick Sages, Esq. Hack Piro,    30 Columbia Turnpike,    PO Box 168,
              Florham Park, NJ 07932-0168
516138849   +Ramona Hinson,    83 Spruce St.,    Bloomfield, NJ 07003-3514
516138850   +Rosa Chacon,    81 Manchester Place,    Newark, NJ 07104-1703
516138851   +Rossy's Garden Restaurant,    14 Belmont Ave.,    Belleville, NJ 07109-1014
516138852   +Sari Blai Placona,    347 Mount Pleasant Ave.,    West Orange, NJ 07052-2744
516138853   +Township of Belleville,    Office of the Tax Collector,    152 Washington Ave.,
              Belleville, NJ 07109-2589
516334875   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516138854   +Toz-Bel, LLC,    318 Bloomfield Ave.,    Bloomfield, NJ 07003-4805
516138855   +Tozzo-Belmont, Inc.,    318 Bloomfield Ave.,    Bloomfield, NJ 07003-4805
516367016   +US Bank N.A. Custodian for,    PFS Financial 1, LLC,    c/o Honig & Greenberg, LLC,
              1949 Berlin Road, Suite 200,    Cherry Hill, NJ 08003-3737
516362796    Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
              Eagan MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: cio.bncmail@irs.gov Jun 13 2017 22:18:57      Dist Dir of IRS,
              Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2017 22:19:21      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2017 22:19:17      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516138848   +E-mail/Text: Bankruptcy_PFS@propelfs.com Jun 13 2017 22:18:46
              Propel Financial Services (PFS),    7990 IH-10 West, Ste. 200,    San Antonio, TX 78230-4786
                                                                                              TOTAL: 4
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
acc          Bederson LLP,    347 Mt. Pleasant Avenue,    West Orange
cr           Tozzo Belmont Inc.
cr*         +Toz-Bel, LLC,    14 Belmont Avenue,    Belleville, NJ 07109-1014
intp*       +Toz-Bel, LLC,    14 Belmont Avenue,    Belleville, NJ 07109-1014
516160393*  +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 3           Date Rcvd: Jun 13, 2017
                              Form ID: 169             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2017 at the address(es) listed below:

```
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Anthony Sodono, III    on behalf of Debtor    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, P.C.
               asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, PC
               asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Interested Party    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Creditor    Toz-Bel, LLC asodono@trenklawfirm.com
              Cassandra C. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              David E. Sklar    on behalf of Debtor    Juroma Properties, LLC dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor    Juroma Properties, LLC dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee. Fran.B.Steele@usdoj.gov
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, NA james.shay@phelanhallinan.com
              John O'Boyle    on behalf of Creditor    Tozzo Belmont Inc. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John O'Boyle    on behalf of Attorney    Norgaard O'Boyle joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John J. Scura, III    on behalf of Interested Party    Juroma Properties, LLC
               jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com
              John J. Scura, III    on behalf of Debtor    Juroma Properties, LLC jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial mortonlaw.bcraig@verizon.net,
               tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services mortonlaw.bcraig@verizon.net,    tfitz@mortoncraig.com;mhazlett@mortoncraig.com
              Joseph M. Shapiro    on behalf of Debtor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Creditor Rosa I. Chacon Molina jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Creditor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Joint Debtor Rosa I. Chacon Molina
               jshapiro@middlebrooksshapiro.com
              Karl J. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Melinda D. Middlebrooks    on behalf of Interested Party Rosa I. Chacon Molina
               middlebrooks@middlebrooksshapiro.com,    melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Debtor Julio B. Maldonado
               middlebrooks@middlebrooksshapiro.com,    melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Rosa I. Chacon Molina
               middlebrooks@middlebrooksshapiro.com,    melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Interested Party Julio B. Maldonado
               middlebrooks@middlebrooksshapiro.com,    melindamiddlebrooks@gmail.com
              Michael E. Blaine    on behalf of Creditor    Lakeview Loan Servicing LLC, by its servicing agent
               M&T Bank mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;jcollen@schillerknapp.com
              Michael E. Blaine    on behalf of Creditor    LakeView Loan Servicing, LLC
               mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;jcollen@schillerknapp.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Jun 13, 2017
                              Form ID: 169             Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
          Sari Blair Placona    on behalf of Creditor    Toz-Bel, LLC splacona@trenklawfirm.com
          Sari Blair Placona    on behalf of Debtor    Toz-Bel, LLC splacona@trenklawfirm.com
          Steven P. Kelly    on behalf of Creditor    Nationstar Mortgage LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                      TOTAL: 38