Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–17985–VFP
Chapter:  11
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Juroma Properties, LLC                              Toz–Bel, LLC
81 Manchester Place                                 14 Belmont Avenue
Newark, NJ 07104                                    Belleville, NJ 07109

Social Security No.:

Employer's Tax I.D. No.:
20–8303730                                          20–8303730

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 31, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 219 – 197, 198
Order Finally Approving Disclosure Statement and Confirming Plan (related document:197 Chapter 11 Combined Plan and Disclosure Statement filed by Creditor Toz–Bel, LLC, Debtor Toz–Bel, LLC, Interested Party Toz–Bel, LLC, Debtor Juroma Properties, LLC, 198 Order Conditionally Approving Disclosure Statement). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/31/2017. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 31, 2017
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-17985-VFP
Juroma Properties, LLC                                             Chapter 11
Toz-Bel, LLC
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jul 31, 2017
                             Form ID: orderntc      Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db           +Juroma Properties, LLC,   81 Manchester Place,   Newark, NJ 07104-1703
db           +Toz-Bel, LLC,   14 Belmont Avenue,   Belleville, NJ 07109-1014
aty          +Norgaard O'Boyle,   184 Grand Avenue,   Englewood, NJ 07631-3578
aty          +Scura, Mealey, Wigfield & Heyer,   1599 Hamburg Turnpike,   Wayne, NJ 07470-4093
aty          +Trenk DiPasquale Della Fera & Sodono, P.C.,   347 Mt. Pleasant Avenue,   Suite 300,
               West Orange, NJ 07052-2730
none         +Dominick Tozzo,   318 Bloomfield Avenue,   Bloomfield, NJ 07003-4805
acc          +Jorge L Piney,   Jorge L. Piney Associates, P.C.,   400-44th Street,
               Union City, NJ 07087-5281
cr           +Julio B. Maldonado,   c/o Middlebrooks Shapiro, P.C.,   841 Mountain Avenue,   First Floor,
               Springfield, NJ 07081-3437
acc          +Matthew Schwartz,   100 Passaic Avenue,   Fairfield, NJ 07004-3520
cr           +PFS Financial 1, LLC,   7990 IH 10 West,   Suite 200,   San Antonio, TX 78230-4786
cr           +Rosa I. Chacon Molina,   c/o Middlebrooks Shapiro, P.C.,   841 Mountain Avenue,   First Floor,
               S, NJ 07081-3437
cr           +WELLS FARGO BANK, NA,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc           Bederson LLP,   347 Mt. Pleasant Avenue,   West Orange
cr            Tozzo Belmont Inc.
cr*          +Toz-Bel, LLC,   14 Belmont Avenue,   Belleville, NJ 07109-1014
intp*        +Toz-Bel, LLC,   14 Belmont Avenue,   Belleville, NJ 07109-1014
                                                                      TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                         Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              Adam D. Greenberg   on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
              Aholmes@hgllclaw.com
              Andrew L. Spivack   on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Anthony  Sodono, III   on behalf of Debtor    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony  Sodono, III   on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, P.C.
              asodono@trenklawfirm.com
              Anthony  Sodono, III   on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, PC
              asodono@trenklawfirm.com
              Anthony  Sodono, III   on behalf of Interested Party    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony  Sodono, III   on behalf of Creditor    Toz-Bel, LLC asodono@trenklawfirm.com
              Cassandra C. Norgaard   on behalf of Creditor    Tozzo Belmont Inc. cnorgaard@norgaardfirm.com,
              sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              David E. Sklar   on behalf of Debtor    Juroma Properties, LLC dsklar@scuramealey.com,
              ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens   on behalf of Debtor    Juroma Properties, LLC dstevens@scuramealey.com,
              cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramale
              y.com
              Denise E. Carlon   on behalf of Creditor    Toyota Motor Credit Corporation
              dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Fran B. Steele   on behalf of U.S. Trustee    U.S. Trustee. Fran.B.Steele@usdoj.gov

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 31, 2017
                             Form ID: orderntc          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
          nj_ecf_notices@buckleymadole.com
          James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, NA james.shay@phelanhallinan.com
          John O'Boyle    on behalf of Creditor    Tozzo Belmont Inc. joboyle@norgaardfirm.com,
          sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          John O'Boyle    on behalf of Attorney    Norgaard O'Boyle joboyle@norgaardfirm.com,
          sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          John J. Scura, III    on behalf of Interested Party    Juroma Properties, LLC
          jscura@scuramealey.com,
          cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramale
          y.com
          John J. Scura, III    on behalf of Debtor    Juroma Properties, LLC jscura@scuramealey.com,
          cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramale
          y.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
          Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          Joseph M. Shapiro    on behalf of Debtor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Creditor Rosa I. Chacon Molina jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Creditor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Joint Debtor Rosa I. Chacon Molina
          jshapiro@middlebrooksshapiro.com
          Karl J. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. knorgaard@norgaardfirm.com,
          sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Melinda D. Middlebrooks    on behalf of Interested Party Rosa I. Chacon Molina
          middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks    on behalf of Debtor Julio B. Maldonado
          middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks    on behalf of Joint Debtor Rosa I. Chacon Molina
          middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks    on behalf of Interested Party Julio B. Maldonado
          middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
          Michael E. Blaine    on behalf of Creditor    Lakeview Loan Servicing LLC, by its servicing agent
          M&T Bank mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Michael E. Blaine    on behalf of Creditor    LakeView Loan Servicing, LLC
          mblaine@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
          Sari Blair Placona    on behalf of Creditor    Toz-Bel, LLC splacona@trenklawfirm.com
          Sari Blair Placona    on behalf of Debtor    Toz-Bel, LLC splacona@trenklawfirm.com
          Steven P. Kelly    on behalf of Creditor    Nationstar Mortgage LLC skelly@sterneisenberg.com,
          bkecf@sterneisenberg.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

                                                                                    TOTAL: 38