UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on July 31, 2017
by Clerk
**U.S. Bankruptcy Court
District of New Jersey**

In Re:

JUROMA PROPERTIES, LLC and
TOZ-BEL, LLC
Debtors (jointly administered)

Case No.: 16-17985 and 16-15415

Chapter: 11

Judge: Vincent F. Papalia

## ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING PLAN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The plan under chapter 11 of the Bankruptcy Code filed by _____Debtors_____, on ____May 17, 2017____ having been transmitted to creditors and equity security holders together with a copy of the disclosure statement conditionally approved by court on _____June 9, 2017_____; and

It having been determined after notice and a hearing that the requirements for final approval of the disclosure statement have been satisfied, and it having been determined after a hearing on notice that the requirements for confirmation of the plan under 11 U.S.C. § 1129 have been satisfied; it is hereby

**ORDERED** that:

☑   The disclosure statement filed by _____Debtors_____ on _____May 17, 2017_____ is finally approved, and

☑   The plan (or Plan including Disclosure Statement) filed by _____Debtors_____, on ____May 17, 2017____, is confirmed.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-17985-VFP
Juroma Properties, LLC                                              Chapter 11
Toz-Bel, LLC
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jul 31, 2017
                              Form ID: pdf903          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db          +Juroma Properties, LLC,    81 Manchester Place,    Newark, NJ 07104-1703
db          +Toz-Bel, LLC,    14 Belmont Avenue,    Belleville, NJ 07109-1014
aty         +Scura, Mealey, Wigfield & Heyer,    1599 Hamburg Turnpike,    Wayne, NJ 07470-4093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Toz-Bel, LLC,    14 Belmont Avenue,    Belleville, NJ 07109-1014
intp*       +Toz-Bel, LLC,    14 Belmont Avenue,    Belleville, NJ 07109-1014
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Anthony  Sodono, III    on behalf of Debtor    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony  Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, P.C.
               asodono@trenklawfirm.com
              Anthony  Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, PC
               asodono@trenklawfirm.com
              Anthony  Sodono, III    on behalf of Interested Party    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony  Sodono, III    on behalf of Creditor    Toz-Bel, LLC asodono@trenklawfirm.com
              Cassandra C. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              David E. Sklar    on behalf of Debtor    Juroma Properties, LLC dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor    Juroma Properties, LLC dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee. Fran.B.Steele@usdoj.gov
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, NA james.shay@phelanhallinan.com
              John  O'Boyle    on behalf of Creditor    Tozzo Belmont Inc. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John  O'Boyle    on behalf of Attorney    Norgaard O'Boyle joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John J. Scura, III    on behalf of Debtor    Juroma Properties, LLC jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com
              John J. Scura, III    on behalf of Interested Party    Juroma Properties, LLC
               jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com;mhazlett@mortoncraig.com

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Jul 31, 2017
                              Form ID: pdf903          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Joseph M. Shapiro    on behalf of Debtor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
    Joseph M. Shapiro    on behalf of Creditor Rosa I. Chacon Molina jshapiro@middlebrooksshapiro.com
    Joseph M. Shapiro    on behalf of Creditor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
    Joseph M. Shapiro    on behalf of Joint Debtor Rosa I. Chacon Molina
     jshapiro@middlebrooksshapiro.com
    Karl J. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. knorgaard@norgaardfirm.com,
     sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
    Melinda D. Middlebrooks     on behalf of Interested Party Rosa I. Chacon Molina
     middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
    Melinda D. Middlebrooks     on behalf of Debtor Julio B. Maldonado
     middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
    Melinda D. Middlebrooks     on behalf of Joint Debtor Rosa I. Chacon Molina
     middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
    Melinda D. Middlebrooks     on behalf of Interested Party Julio B. Maldonado
     middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
    Michael E. Blaine    on behalf of Creditor    LakeView Loan Servicing, LLC
     mblaine@schillerknapp.com,  tshariff@schillerknapp.com;kcollins@schillerknapp.com
    Michael E. Blaine    on behalf of Creditor    Lakeview Loan Servicing LLC, by its servicing agent
     M&T Bank mblaine@schillerknapp.com,  tshariff@schillerknapp.com;kcollins@schillerknapp.com
    Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
    Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
    Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
    Sari Blair Placona    on behalf of Creditor    Toz-Bel, LLC splacona@trenklawfirm.com
    Sari Blair Placona    on behalf of Debtor    Toz-Bel, LLC splacona@trenklawfirm.com
    Steven P. Kelly    on behalf of Creditor    Nationstar Mortgage LLC skelly@sterneisenberg.com,
     bkecf@sterneisenberg.com
    U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 38