| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| BEDERSON, LLP<br>347 MT PLEASANT AVENUE – SUITE 200<br>WEST ORANGE, NJ 07052 |
| In Re:<br><br>JUROMA PROPERTIES, LLC<br><br>                    DEBTOR |

Order Filed on October 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   16-17985 (VFP)

Hearing Date:

Judge:    Vincent F. Papalia

Chapter  11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: October 2, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| BEDERSON LLP | $4,060.00 | $23.30 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-17985-VFP
Juroma Properties, LLC                                                  Chapter 11
Toz-Bel, LLC
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Oct 02, 2017
                              Form ID: pdf903          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db          +Juroma Properties, LLC,    81 Manchester Place,    Newark, NJ 07104-1703
db          +Toz-Bel, LLC,    14 Belmont Avenue,    Belleville, NJ 07109-1014
aty         +Scura, Mealey, Wigfield & Heyer,    1599 Hamburg Turnpike,    Wayne, NJ 07470-4093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Toz-Bel, LLC,    14 Belmont Avenue,    Belleville, NJ 07109-1014
intp*       +Toz-Bel, LLC,    14 Belmont Avenue,    Belleville, NJ 07109-1014
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Anthony Sodono, III    on behalf of Interested Party    Juroma Properties, LLC
               asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Debtor    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, P.C.
               asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, PC
               asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Interested Party    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Debtor    Juroma Properties, LLC asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Creditor    Toz-Bel, LLC asodono@trenklawfirm.com
              Cassandra C. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              David E. Sklar    on behalf of Debtor    Juroma Properties, LLC dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor    Juroma Properties, LLC dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, NA james.shay@phelanhallinan.com
              John O'Boyle    on behalf of Creditor    Tozzo Belmont Inc. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John O'Boyle    on behalf of Attorney    Norgaard O'Boyle joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John J. Scura, III    on behalf of Debtor    Juroma Properties, LLC jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com
              John J. Scura, III    on behalf of Interested Party    Juroma Properties, LLC
               jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Oct 02, 2017
                               Form ID: pdf903          Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          John R. Morton, Jr.   on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Joseph M. Shapiro    on behalf of Debtor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Creditor Rosa I. Chacon Molina jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Creditor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
          Joseph M. Shapiro    on behalf of Joint Debtor Rosa I. Chacon Molina
           jshapiro@middlebrooksshapiro.com
          Karl J. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. knorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
          Melinda D. Middlebrooks     on behalf of Interested Party Rosa I. Chacon Molina
           middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks     on behalf of Debtor Julio B. Maldonado
           middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks     on behalf of Joint Debtor Rosa I. Chacon Molina
           middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
          Melinda D. Middlebrooks     on behalf of Interested Party Julio B. Maldonado
           middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
          Michael E. Blaine    on behalf of Creditor    LakeView Loan Servicing, LLC
           mblaine@schillerknapp.com,   tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Michael E. Blaine    on behalf of Creditor    Lakeview Loan Servicing LLC, by its servicing agent
           M&T Bank mblaine@schillerknapp.com,   tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
          Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
          Sari Blair Placona    on behalf of Creditor    Toz-Bel, LLC splacona@trenklawfirm.com
          Sari Blair Placona    on behalf of Debtor    Toz-Bel, LLC splacona@trenklawfirm.com
          Steven P. Kelly    on behalf of Creditor    Nationstar Mortgage LLC skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 39
```