UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

BEDERSON, LLP
347 MT PLEASANT AVENUE – SUITE 200
WEST ORANGE, NJ 07052

Order Filed on October 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TOZ-BEL, LLC
d/b/a ROSSY'S GARDEN RESTAURANT, ET AL.

DEBTOR

Case No.: 16-15415 (VFP)

Hearing Date:

Judge:    Vincent F. Papalia

Chapter 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: October 2, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| BEDERSON LLP | $14,701.50 | $65.10 |

United States Bankruptcy Court
District of New Jersey

In re:  
Juroma Properties, LLC  
Toz-Bel, LLC  
    Debtors

Case No. 16-17985-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Oct 02, 2017  
                Form ID: pdf903    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.  
db        +Juroma Properties, LLC,    81 Manchester Place,    Newark, NJ 07104-1703  
db        +Toz-Bel, LLC,    14 Belmont Avenue,    Belleville, NJ 07109-1014  
aty       +Scura, Mealey, Wigfield & Heyer,    1599 Hamburg Turnpike,    Wayne, NJ 07470-4093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr*        +Toz-Bel, LLC,    14 Belmont Avenue,    Belleville, NJ 07109-1014  
intp*      +Toz-Bel, LLC,    14 Belmont Avenue,    Belleville, NJ 07109-1014  
      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:  
      Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com, Aholmes@hgllclaw.com  
      Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com  
      Anthony Sodono, III    on behalf of Interested Party    Juroma Properties, LLC asodono@trenklawfirm.com  
      Anthony Sodono, III    on behalf of Debtor    Toz-Bel, LLC asodono@trenklawfirm.com  
      Anthony Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, P.C. asodono@trenklawfirm.com  
      Anthony Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, PC asodono@trenklawfirm.com  
      Anthony Sodono, III    on behalf of Interested Party    Toz-Bel, LLC asodono@trenklawfirm.com  
      Anthony Sodono, III    on behalf of Debtor    Juroma Properties, LLC asodono@trenklawfirm.com  
      Anthony Sodono, III    on behalf of Creditor    Toz-Bel, LLC asodono@trenklawfirm.com  
      Cassandra C. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
      David E. Sklar    on behalf of Debtor    Juroma Properties, LLC dsklar@scuramealey.com, ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com  
      David L. Stevens    on behalf of Debtor    Juroma Properties, LLC dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com  
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
      Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov  
      Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation nj_ecf_notices@buckleymadole.com  
      James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, NA james.shay@phelanhallinan.com  
      John O'Boyle    on behalf of Creditor    Tozzo Belmont Inc. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
      John O'Boyle    on behalf of Attorney    Norgaard O'Boyle joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com  
      John J. Scura, III    on behalf of Debtor    Juroma Properties, LLC jscura@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com  
      John J. Scura, III    on behalf of Interested Party    Juroma Properties, LLC jscura@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com

```
District/off: 0312-2           User: admin                  Page 2 of 2                  Date Rcvd: Oct 02, 2017
                               Form ID: pdf903              Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Joseph M. Shapiro    on behalf of Debtor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Creditor Rosa I. Chacon Molina jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Creditor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Joint Debtor Rosa I. Chacon Molina
               jshapiro@middlebrooksshapiro.com
              Karl J. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Melinda D. Middlebrooks     on behalf of Interested Party Rosa I. Chacon Molina
               middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks     on behalf of Debtor Julio B. Maldonado
               middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks     on behalf of Joint Debtor Rosa I. Chacon Molina
               middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks     on behalf of Interested Party Julio B. Maldonado
               middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
              Michael E. Blaine    on behalf of Creditor    LakeView Loan Servicing, LLC
               mblaine@schillerknapp.com,  tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Michael E. Blaine    on behalf of Creditor    Lakeview Loan Servicing LLC, by its servicing agent
               M&T Bank mblaine@schillerknapp.com,  tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
              Sari Blair Placona    on behalf of Creditor    Toz-Bel, LLC splacona@trenklawfirm.com
              Sari Blair Placona    on behalf of Debtor    Toz-Bel, LLC splacona@trenklawfirm.com
              Steven P. Kelly    on behalf of Creditor    Nationstar Mortgage LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 39
```