| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>(973) 243-8600<br>Anthony Sodono, III<br>*Counsel for Debtor, Toz-Bel, LLC* | Order Filed on November 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>JUROMA PROPERTIES, LLC,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 16-17985 (VFP)<br><br>Jointly Administered<br><br>Hearing Date: November 14, 2017<br>　　　　　　　at 2:00pm |

### ORDER GRANTING FINAL ALLOWANCES TO TRENK, DiPASQUALE, DELLA FERA & SODONO, P.C. AS COUNSEL FOR DEBTOR, TOZ-BEL, LLC

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 20, 2017**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia**
　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

| | |
|---|---|
| Debtors: | Juroma Properties, LLC |
| Case No.: | 16-17985 (VFP) |
| Caption of Order: | Order Granting Final Allowances to Trenk, DiPasquale, Della Fera & Sodono, P.C. as Counsel for Debtor, Toz-Bel, LLC |

**AND NOW**, the Court finds the firm named below filed a final application for allowances; notice and opportunity for hearing were given to the Debtor, creditors, and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| **APPLICANTS** | **COMMISSION/FEES** | **EXPENSES** |
|---|---|---|
| Trenk, DiPasquale, Della Fera & Sodono, P.C. *Counsel to Toz-Bel, LLC Debtor/Debtor-in-Possession* | $67,897.50 | $1,678.09 |

4824-9363-4385, v. 1