UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Anthony Sodono, III
*Counsel for Debtor, Toz-Bel, LLC*

Order Filed on November 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

JUROMA PROPERTIES, LLC,

            Debtor.

Chapter 11

Case No. 16-17985 (VFP)

Jointly Administered

Hearing Date:  November 14, 2017
                    at 2:00pm

**ORDER GRANTING FINAL ALLOWANCES TO TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C. AS COUNSEL FOR DEBTOR, TOZ-BEL, LLC**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 20, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

| | |
|---|---|
| Debtors: | Juroma Properties, LLC |
| Case No.: | 16-17985 (VFP) |
| Caption of Order: | Order Granting Final Allowances to Trenk, DiPasquale, Della Fera & Sodono, P.C. as Counsel for Debtor, Toz-Bel, LLC |

**AND NOW**, the Court finds the firm named below filed a final application for allowances; notice and opportunity for hearing were given to the Debtor, creditors, and other parties in interest as required; and for good cause shown;

**IT IS ORDERED** that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Trenk, DiPasquale, Della Fera & Sodono, P.C. *Counsel to Toz-Bel, LLC Debtor/Debtor-in-Possession* | $67,897.50 | $1,678.09 |

4824-9363-4385, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-17985-VFP
Juroma Properties, LLC                                                Chapter 11
Toz-Bel, LLC
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Nov 21, 2017
                               Form ID: pdf903          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
db         +Juroma Properties, LLC,   81 Manchester Place,   Newark, NJ 07104-1703
db         +Toz-Bel, LLC,   14 Belmont Avenue,   Belleville, NJ 07109-1014
aty        +Scura, Mealey, Wigfield & Heyer,   1599 Hamburg Turnpike,   Wayne, NJ 07470-4093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Toz-Bel, LLC,   14 Belmont Avenue,   Belleville, NJ 07109-1014
intp*      +Toz-Bel, LLC,   14 Belmont Avenue,   Belleville, NJ 07109-1014
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Anthony Sodono, III    on behalf of Interested Party    Juroma Properties, LLC
               asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Debtor    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, P.C.
               asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, PC
               asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Interested Party    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Debtor    Juroma Properties, LLC asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Creditor    Toz-Bel, LLC asodono@trenklawfirm.com
              Cassandra C. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              David E. Sklar    on behalf of Debtor    Juroma Properties, LLC dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              David L. Stevens    on behalf of Debtor    Juroma Properties, LLC dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, NA james.shay@phelanhallinan.com
              John O'Boyle    on behalf of Creditor    Tozzo Belmont Inc. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John O'Boyle    on behalf of Attorney    Norgaard O'Boyle joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John J. Scura, III    on behalf of Debtor    Juroma Properties, LLC jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com;dmedina@scura.com
              John J. Scura, III    on behalf of Interested Party    Juroma Properties, LLC
               jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com;dmedina@scura.com

```
District/off: 0312-2          User: admin               Page 2 of 2                  Date Rcvd: Nov 21, 2017
                              Form ID: pdf903           Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Joseph M. Shapiro    on behalf of Debtor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Creditor Rosa I. Chacon Molina jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Creditor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Joint Debtor Rosa I. Chacon Molina
               jshapiro@middlebrooksshapiro.com
              Karl J. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Melinda D. Middlebrooks    on behalf of Interested Party Rosa I. Chacon Molina
               middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Debtor Julio B. Maldonado
               middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Rosa I. Chacon Molina
               middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Interested Party Julio B. Maldonado
               middlebrooks@middlebrooksshapiro.com,  melindamiddlebrooks@gmail.com
              Michael E. Blaine    on behalf of Creditor    LakeView Loan Servicing, LLC
               mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
              Michael E. Blaine    on behalf of Creditor    Lakeview Loan Servicing LLC, by its servicing agent
               M&T Bank mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
              Sari Blair Placona    on behalf of Creditor    Toz-Bel, LLC splacona@trenklawfirm.com
              Sari Blair Placona    on behalf of Debtor    Toz-Bel, LLC splacona@trenklawfirm.com
              Steven P. Kelly    on behalf of Creditor    Nationstar Mortgage LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 39
```