| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **TRENK, DiPASQUALE,<br>  DELLA FERA & SODONO, P.C.**<br>347 Mount Pleasant Avenue<br>West Orange, New Jersey 07052<br>(973) 243-8600<br>Anthony Sodono, III<br>Sari B. Placona<br>*Counsel to Toz-Bel, LLC, d/b/a Rossy's Garden<br>Restaurant, Debtor and Debtor-in-Possession* | Order Filed on December 1, 2017<br>by Clerk<br>**U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>JUROMA PROPERTIES, LLC and<br>TOZ-BEL, LLC,<br><br>         Reorganized Debtors. | Chapter 11<br><br>Jointly Administered<br><br>Case Nos.  16-17985 (VFP) and<br>         16-15415 (VFP) |

### ORDER CLOSING REORGANIZED DEBTORS' CHAPTER 11 CASES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 1, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

| | |
|---|---|
| Debtors: | Juroma Properties, LLC and Toz Bel, LLC |
| Case Number: | 16-17985 (VFP) and 16-15415 (VFP)<br>Jointly Administered |
| Caption of Order: | Order Closing Reorganized Debtors' Chapter 11 Cases |

**THIS MATTER** having been presented to the Court by Juroma Properties, LLC, and Toz-Bel, LLC, the reorganized chapter 11 debtors (the "Reorganized Debtors"), by and through their counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., upon the filing of a motion to close the Reorganized Debtors' chapter 11 cases (the "Motion"), and the Court having considered the moving papers, and any timely filed response or objection thereto, and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted ~~in its entirety~~.*

2. The chapter 11 case of Juroma Properties, LLC, Case No. 16-17985 (VFP), be and hereby is closed immediately upon entry of this Order.

3. The chapter 11 case of Toz-Bel, LLC, Case No 16-15415 (VFP), be and hereby is closed immediately upon entry of this Order.

4. Within thirty (30) days of the entry of this Order, the Reorganized Debtors shall (i) submit to the Office of the United States Trustee all outstanding post-confirmation quarterly reports for all periods through the date of this Order, and (ii) pay all statutory fees due to the U.S. Trustee Program pursuant to 28 U.S.C. 1930(a)(6) on or before the Effective Date (as defined in the Plan). If such reports are not submitted and such fees are not paid timely, the Office of the United States Trustee may seek to reopen this case to seek such payment, conversion or dismissal of the case, or such other appropriate relief.

5. Any and all remaining post-confirmation quarterly reports (which may be filed as monthly operating reports) and any statutory fees due to the U.S. Trustee Program pursuant to 28 U.S.C. § 1930 through the date of this Order shall be brought current within 30 days of the entry

*on the terms set forth herein.

(Page 3)

| | |
|---|---|
| Debtors: | Juroma Properties, LLC and Toz Bel, LLC |
| Case Number: | 16-17985 (VFP) and 16-15415 (VFP) <br> Jointly Administered |
| Caption of Order: | Order Closing Reorganized Debtors' Chapter 11 Cases |

of this Order; the United States Trustee reserves all rights, including but not limited to seeking to reopen the case and file a motion to convert the case.

4811-7588-6677, v. 1

```
                      United States Bankruptcy Court
                            District of New Jersey
In re:                                                          Case No. 16-17985-VFP
Juroma Properties, LLC                                          Chapter 11
Toz-Bel, LLC
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Dec 04, 2017
                             Form ID: pdf903          Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
db           +Juroma Properties, LLC,    81 Manchester Place,    Newark, NJ 07104-1703
db           +Toz-Bel, LLC,   14 Belmont Avenue,    Belleville, NJ 07109-1014
aty          +Scura, Mealey, Wigfield & Heyer,    1599 Hamburg Turnpike,    Wayne, NJ 07470-4093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Toz-Bel, LLC,   14 Belmont Avenue,    Belleville, NJ 07109-1014
intp*        +Toz-Bel, LLC,   14 Belmont Avenue,    Belleville, NJ 07109-1014
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    PFS Financial 1, LLC agreenberg@hgllclaw.com,
               Aholmes@hgllclaw.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Anthony Sodono, III    on behalf of Interested Party    Juroma Properties, LLC
               asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Debtor    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, P.C.
               asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Attorney    Trenk DiPasquale Della Fera & Sodono, PC
               asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Interested Party    Toz-Bel, LLC asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Debtor    Juroma Properties, LLC asodono@trenklawfirm.com
              Anthony Sodono, III    on behalf of Creditor    Toz-Bel, LLC asodono@trenklawfirm.com
              Cassandra C. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              David E. Sklar    on behalf of Debtor    Juroma Properties, LLC dsklar@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
              David L. Stevens    on behalf of Debtor    Juroma Properties, LLC dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com;dmedina@scura.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com,    NJ_ECF_Notices@McCalla.com
              James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, NA james.shay@phelanhallinan.com
              John O'Boyle    on behalf of Creditor    Tozzo Belmont Inc. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John O'Boyle    on behalf of Attorney    Norgaard O'Boyle joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              John J. Scura, III    on behalf of Debtor    Juroma Properties, LLC jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com;dmedina@scura.com
              John J. Scura, III    on behalf of Interested Party    Juroma Properties, LLC
               jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com;dmedina@scura.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Dec 04, 2017
                              Form ID: pdf903          Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Joseph M. Shapiro    on behalf of Debtor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Creditor Rosa I. Chacon Molina jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Creditor Julio B. Maldonado jshapiro@middlebrooksshapiro.com
              Joseph M. Shapiro    on behalf of Joint Debtor Rosa I. Chacon Molina
               jshapiro@middlebrooksshapiro.com
              Karl J. Norgaard    on behalf of Creditor    Tozzo Belmont Inc. knorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;crose@norgaardfirm.com;184grandno@gmail.com
              Melinda D. Middlebrooks    on behalf of Interested Party Rosa I. Chacon Molina
               middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Debtor Julio B. Maldonado
               middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Joint Debtor Rosa I. Chacon Molina
               middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
              Melinda D. Middlebrooks    on behalf of Interested Party Julio B. Maldonado
               middlebrooks@middlebrooksshapiro.com,   melindamiddlebrooks@gmail.com
              Michael E. Blaine    on behalf of Creditor    LakeView Loan Servicing, LLC
               mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
              Michael E. Blaine    on behalf of Creditor    Lakeview Loan Servicing LLC, by its servicing agent
               M&T Bank mblaine@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC dnj@pbslaw.org
              Sari Blair Placona    on behalf of Creditor    Toz-Bel, LLC splacona@trenklawfirm.com
              Sari Blair Placona    on behalf of Debtor    Toz-Bel, LLC splacona@trenklawfirm.com
              Steven P. Kelly    on behalf of Creditor    Nationstar Mortgage LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 39
```