Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–17985–VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Juroma Properties, LLC
81 Manchester Place
Newark, NJ 07104

Toz–Bel, LLC
14 Belmont Avenue
Belleville, NJ 07109

Social Security No.:

Employer's Tax I.D. No.:
20–8303730                                                20–8303730

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 29, 2018            Vincent F. Papalia
                                   Judge, United States Bankruptcy Court